05 - 6 4 9 1M - 01 - 29

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. P-546997** |
| | : | |
| **v.** | : | |
| | : | **FILED** |
| **ELLEN E. BARFIELD, et al.,** | : | |
| | : | **NOV 1 0 2005** |
| **Defendants.** | : | |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Government's Motion For Leave To Late File Its Motion *in Limine* to Preclude an Affirmative Defense of Necessity, and for good cause shown, it is this

_10_ day of November, 2005, hereby

**ORDERED** that the Government's Motion For Leave To Late File Its Motion *in Limine* to Preclude an Affirmative Defense of Necessity is **GRANTED.**

Magistrate Judge Alan Kay